DAVID L. PRINCE, ESQ. #113599
1912 East Vernon Ave.
Suite 100
Los Angeles, California 90058
Tel. 323/234-2989
Fax. 323/234-2619
dlp@redchamber.com

Attorney for Plaintiff, **Shamrock Manufacturing Co., Inc., a California corporation**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SHAMROCK MANUFACTURING CO., INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMMEX CORPORATION, a Washington corporation and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.: 1:10-CV-00908-OWW-SKO<br>(State Court No: CIVRS 10-03869)<br><br>STIPULATION AND ORDER THEREON TO RESET HEARING DATE OF DEFENDANT'S MOTION TO TRANSFER VENUE<br><br>DATE: July 26, 2010<br>TIME: 10:00 A.M.<br>CTRM: 3<br>JUDGE: Oliver W. Wagner |

**STIPULATION**

All parties to the within action, through their respective counsel of record, hereby stipulate as follows:

1. Defendant, Ammex Corporation's Motion to Transfer Venue is currently set for hearing on July 26, 2010 at 10:00 A.M. in Court Room 3 before the honorable Oliver W. Wagner.

2. Plaintiff, Shamrock Marketing Co., Inc.'s Motion to Remand is currently set for hearing on August 2, 2010 at 10:00

1

1  A.M. in Court Room 3 before the honorable Oliver W. Wagner.

2      3.   Both parties request that Defendant's Motion for
3  Transfer of Venue set for July 26, 2010 be reset for August 2,
4  2010 so that it may be heard on the same date as Plaintiff's
5  Motion to Remand.

6      4.   Plaintiff's Opposition to Defendant's Motion for
7  Transfer of Venue will continue to be due on or before July 12,
8  2010.

9  DATED:   7/2/10

10                              /S/ DAVID L. PRINCE
                                **David L. Prince, Esq.**
11                              **Attorney for Plaintiff**

12
   DATED:   7/2/10
13                              **ROMERO PARK & WIGGINS P.S.**

14                              /S/H. TROY ROMERO
                                **H. Troy Romero, Esq.**
15                              **Attorney for Defendant**

28                                2

**ORDER**

Having read the above stipulation and good cause appearing therefrom.

**IT IS ORDERED THAT** Defendant's Motion to Transfer of Venue currently set for hearing on July 26, 2010 at 10:A.M. in this Court, be reset for hearing on August 2, 2010 at 10:00 A.M. in this Court so that it may be heard on the same date as Plaintiff's Motion to Remand.

IT IS SO ORDERED.

**Dated:   July 6, 2010**         /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

3